IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:11CR118 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| **MARK JOHN HENRY,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion for Dismissal of Petition for Offender Under Supervision (Filing No. 47). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 37) against the above-named Defendant, without prejudice.

IT IS ORDERED that:

1.  The government's Motion for Dismissal of Petition for Offender Under Supervision (Filing No. 47) is granted;

2.  The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 37) is dismissed, without prejudice; and

3.  The hearing scheduled for Thursday, September 15, 2016, is cancelled.

DATED this 8th day of September, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge